JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESSAU, INC., a Wyoming corporation; M86Chem, LLC, a Wyoming limited liability company; and FRANK DELGADILLO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MEIWA ENGINEERING, INC., a Japanese corporation; MEIWA HOLDINGS COMPANY, LTD., a Japanese corporation; RIZIN FIGHTING FEDERATION, a Japanese corporation; MAJESTIC COMPANY, LTD, a Japanese corporation; YOSUKE KIKAWA, an individual; NOBUYUKI SAKAKIBARA, an individual; AKARI SHIMAMURA, an individual; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 8:23-cv-00126-JWH-ADS <br><br> **JUDGMENT** |

Pursuant to the "Order Granting Motion to Withdraw; Discharging Order to Show Cause re Sanctions; and Dismissing Action for Failure to Prosecute [ECF No. 37]," and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. The operative pleadings in this case are the Complaint [ECF No. 1-1] filed by Plaintiffs Dessau, Inc.; M86Chem, LLC; and Frank Delgadillo.

3. Plaintiffs shall take nothing by way of their Complaint. This action is **DISMISSED without prejudice** for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 2, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE